UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIA GILLO,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE HONORABLE PETE BUTTIGIEG,<br><br>    Defendant(s). | Case No. 2:22-cv-00857-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 12] |

      Pending before the Court is Plaintiff's motion for leave to amend. Docket No. 12. As a threshold matter, it is not clear that leave of Court is required for Plaintiff to amend given that no defendant has appeared in the case. *See* Fed. R. Civ. P. 15(a)(1); *see also Vanguard Outdoor, LLC v. City of Los Angeles*, 648 F.3d 737, 748 (9th Cir. 2011). To the extent leave is required, the motion contains no points and authorities or meaningfully developed argument. *But see* Local Rule 7-2(d); *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Accordingly, the motion for leave to amend is DENIED without prejudice.

      IT IS SO ORDERED.

      Dated: September 19, 2022

                                                  _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge