JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Jeremia Gillo, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br>The Honorable Pete Buttigieg, Secretary of Transportation,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00857-CDS-NJK<br><br>**Stipulation and Order to<br>Reschedule Early Neutral Evaluation**<br>**(First Request)** |

　　　　Pursuant to LR 7-1 and the terms of the Order Scheduling Early Neutral Evaluation ("ENE"), ECF No. 22 at 2:20–25, Federal Defendant requests, and Plaintiff consents to, a rescheduling of the ENE from February 21, 2023, to one of the following dates: March 24, 2023; March 27, 2023; March 28, 2023; March 30, 2023; or March 31, 2023. This is the first request to reschedule the ENE. The request is based on the reasons and circumstances set forth below.

　　　　Plaintiff has served three sets of discovery requests such that responses are due from Federal Defendant on February 13, 16, and 17, 2023. Plaintiff believes that these discovery requests and responses may be helpful for the ENE. Defense counsel was out of the office for two days recently, and he will be out of the office again during the week of February 13, 2023, for family-medical-related reasons. Defense counsel also has depositions on February 13, and 23, 2023, in other cases. Defense counsel and client agency counsel require additional time to devote to the discovery requests, as well as preparations for the ENE, in

the instant case. To allow such additional time, including a two-week extension to serve discovery responses, the parties request a rescheduling of the ENE to one of the dates set forth in the first paragraph above. The parties understand that all other provisions of the Court's Order, ECF No. 22, remain in effect.

The relatively small Civil Division of the U.S. Attorney's Office remains quite busy, having three AUSA vacancies and one paralegal vacancy.

This request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 3rd day of February 2023.

| SULTON LAW OFFICES | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Anne T. Sulton<br>ANNE T. SULTON, Ph.D., J.D.<br>Wisconsin SBN 1010730<br>Post Office Box 371335<br>Milwaukee, WI 53237<br>(360) 870-6000<br>annesulton@gmail.com<br>And<br>HOLMAN LAW OFFICE<br>KRISTINA S. HOLMAN<br>Nevada SBN 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123<br>(702) 614-4777<br>kholman@kristinaholman.com<br>*Attorneys for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that the Early Neutral Evaluation scheduled for February 21, 2023 is VACATED and RESET to **Thursday, March 30, 2023** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Thursday, March 23, 2023.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 22) remain in effect.

DATED:  February 7, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE