AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeremia Gillo

**JUDGMENT IN A CIVIL CASE**

                    Plaintiff,

    v.

Case Number: 2:22-cv-00857-CDS-NJK

Pete Buttigieg

                    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of the Department of Transportation, Pete Buttigieg and against Plaintiff Jeremia Gillo. Case Closed.

09/30/2024
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ CAH
_____
Deputy Clerk